IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| In Re: | : CHAPTER 13 |
| JOANN HOLLEY and<br>BYRON HOLLEY, | : CASE NO. 15-31360 |
| Debtors. | : |

**NOTICE OF APPEARANCE PURSUANT TO F.R.B.P. 9010(b)
AND REQUEST FOR NOTICES UNDER F.R.B.P. 2002**

To the Clerk of the United States Bankruptcy Court:

**PLEASE TAKE NOTICE** that, pursuant to F.R.B.P. 9010 (b), the undersigned hereby appears in this case as counsel for **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust c/o Rushmore Loan Management Services,** ('Creditor"), c/o Rushmore Loan Management Services, its Servicer for the purpose of requesting that all notices required to be given in this case to the Debtors and/or other parties in interest be also given, pursuant to F.R.B.P. 2002, to:

> Karen Maxcy
> RCO Legal, P.S.
> 1587 Northeast Expressway
> Atlanta, GA  30329
> P: 678-298-8830
> F: 404-329-8009
> kmaxcy@rcolegal.com

This entry of appearance is not intended as and shall not be construed as a waiver of service of process, of trial by jury or of any other right or defense inuring to or available to Creditor.

Dated:    July 3, 2015

/s/ Karen Maxcy
Karen Maxcy, AL Bar No. 6065-R74M
RCO Legal, P.S.
1587 Northeast Expressway
Atlanta, GA  30329
P:678-298-8830
F: 404-329-8009
kmaxcy@rcolegal.com

## CERTIFICATE OF SERVICE

      I, the below named, hereby certify that a copy of the foregoing **Notice of Appearance and Request for Notice** was served on the parties listed below by first-class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that Notice was electronically mailed to said party.

| **VIA FIRST-CLASS MAIL:** | **VIA ELECTRONIC TRANSMISSION:** |
|---|---|
| JoAnn Holley<br>Byron Holley<br>1732 Burt Mill Road<br>Tallassee, AL 36078 | Joshua C. Milam<br>566 S. Perry Street<br>Montgomery, AL 36104<br>jmilam@smclegal.com |
| | Curtis C. Reding<br>P.O. Box 173<br>Montgomery, AL 36101 |

    Date: July 3, 2015

    /s/ **Karen Maxcy**
Karen Maxcy, AL Bar No. 6065-R74M