UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: BYRON HOLLEY
1732 BURT MILL RD
TALLASSEE, AL 36078

CASE NO: 15-31360-DHW

Soc. Sec. No. XXX-XX-2899
Debtor.

## INCOME WITHHOLDING ORDER

TO: ADVANCED DISPOSAL SVCS
ATTN PAYROLL
90 FT WADE RD STE 200
PONTE VEDRA, FL 32081

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that ADVANCED DISPOSAL SVCS withhold from the wages, earnings, or other income of this debtor the sum of **$96.00 WEEKLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE
15-31360-DHW BYRON HOLLEY
P O BOX 613108
MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Tuesday, August 11, 2015 .

cc: Debtor
    Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge