UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| In Re: | : CHAPTER 13 |
| | : |
| JOANN HOLLEY, and | : CASE NO. 15-31360 |
| BYRON HOLLEY, | : |
| | : JUDGE DWIGHT H. WILLIAMS JR. |
| | : |
| Debtors. | : |
| | : |
| | : |
| WILMINGTON SAVINGS FUND SOCIETY, | : |
| FSB, D/B/A CHRISTIANA TRUST, NOT | : |
| INDIVIDUALLY BUT AS TRUSTEE FOR | : |
| CARLSBAD FUNDING MORTGAGE TRUST, | : |
| BY AND THROUGH ITS SERVICER, | : |
| RUSHMORE LOAN MANAGEMENT | : |
| SERVICES, LLC, | : |
| Movant, | : CONTESTED MATTER |
| vs. | : |
| | : |
| JOANN HOLLEY | : |
| BYRON HOLLEY Debtors, | : |
| CURTIS C. REDING Trustee, | : |
| | : |
| Respondents. | : |

## MOTION FOR RELIEF FROM AUTOMATIC STAY

COMES NOW, **Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust, its successors and/or assigns** ("Movant"), its successors and assigns, Movant herein, and shows this Court the following:

1. This is a motion under 11 U.S.C. § 362(d) for relief from the existing stay for the purpose of negotiation of and entry into a loan forbearance agreement or foreclosing by a private power of sale contained in a certain Mortgage.

2. The Movant is the holder or servicer of a Mortgage which describes certain real property purportedly owned by Debtor and commonly known as 1732 BURT MILL RD, TALLASSEE, AL

219091

36078 (the "Property"); a copy of said Mortgage is attached hereto and marked Exhibit "A". Said real property is security for a promissory note held or serviced by Movant.

3. Debtor filed this Chapter 13 case on May 22, 2015.

4. The Debtor has defaulted in making payments to Movant, which have come due since the filing of the bankruptcy petition. Movant has attached hereto, and marked Exhibit "B", a breakdown of arrearage, which describes the post-petition Mortgage delinquency as of the filing of this motion.

5. As of September 15, 2015 the estimated payoff balance on the subject loan is $110,509.70.

6. The fair market value of the subject property, according to Debtor's Bankruptcy Schedules is $164,200.00.

7. Because the Debtor has demonstrated a continuing default and a clear inability to make payments required by the loan documents and the provisions of the Bankruptcy Code, Movant is not adequately protected and should be permitted to proceed with foreclosure.

8. Because the Mortgage provides that the Debtor is responsible for Movant's attorney's fees in pursuing legal action such as this Motion, Movant is entitled to reasonable attorney fees from the Debtor to be secured by the property in paragraph two, under 11 U.S.C. § 506(b).

9. Movant requests that upon entry of an Order granting relief from the automatic stay of Section 362 that the Chapter 13 Trustee shall cease disbursements on Movant's Proof of Claim; and that Fed. R. Bank. P. 3002.1 shall no longer apply to Movant.

WHEREFORE, the Movant prays for (1) an Order relieving it from the provisions of the bankruptcy stay and authorizing it to proceed with negotiating a loan forbearance agreement and/or the exercise of its private power of sale and foreclosure under its Mortgage, all in accordance with and pursuant to appropriate state statutes; (2) for reasonable attorney fees under 11 U.S.C. § 506(b); (3) for waiver of the requirements of F.R.B.P. 4001(a)(3) to allow Movant to

219091

execute the order granting relief instanter; (4) For relief from Fed. R. Bank. P. 3002.1; and (5) for such further relief as the Court deems appropriate.

              Respectfully Submitted,

                /s/ S. Keith Eady
              S. Keith Eady, ASB- 8422-A63S
              Attorney for Movant
              2970 Clairmont Road NE, Suite 780
              Atlanta, GA 30329
              404-486-2386
              keady@rcolegal.com

219091

**"Exhibit B"**

| Number of Payments | From - To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|
| 3 | Payments (July 1, 2015-September 1, 2015) | $790.77 | $2,372.31 |
| | Attorney Fees and Costs | | $1,026.00 |
| | | Total | $3,398.31 |

219091

# CERTIFICATE OF SERVICE

       The undersigned does hereby certify that a true and exact copy of the foregoing Motion for Relief from Stay has been served electronically, through the Court's electronic filing system to all parties indicated on the electronic filing receipt, on September 15, 2015, or by United States mail, postage prepaid to the Debtors.

**VIA FIRST-CLASS MAIL:**
JoAnn Holley
1732 Burt Mill Road
Tallassee, AL 36078

Byron Holley
1732 Burt Mill Road
Tallassee, AL 36078

**VIA ELECTRONIC TRANSMISSION:**
Joshua C. Milam
566 S. Perry Street
Montgomery, AL 36104
jmilam@smclegal.com

Curtis C. Reding
P.O. Box 173
Montgomery, AL 36101
trustees_office@ch13mdal.com

       **/s/ S. Keith Eady**
S. Keith Eady**,**  ASB-8422-A63S
Attorney for Movant
2970 Clairmont Road NE, Suite 780
Atlanta, GA 30329
404-486-2386
keady@rcolegal.com

219091