## UNITED STATES BANKRUPTCY COURT
### Middle District of Alabama

| | |
|---|---|
| In re | Case No. 15–31360 |
| | Chapter 13 |
| JoAnn Holley and Byron Holley | |
|     Debtors | |

## NOTICE

PLEASE TAKE NOTICE that a telephone hearing will be held

on October 5, 2015 at 01:30 PM

to consider and act upon the following:

*28* – Motion for Relief from Stay . Fee Amount $176 filed by S. Keith Eady on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust c/o Rushmore Loan Management Services. (Attachments: # 1 Note # 2 Deed) (Eady, S.)

The automatic stay shall remain in effect until final disposition of this motion.

---

Each party desiring to be heard MUST CALL TeleConference Services at least 5 minutes prior to the commencement of court.

PHONE: **1–888–431–3632 Participant Code: 361328**
CONFERENCE HOST: Jackie McLain

You will be asked to provide the name of the conference host and the name of the caller.

Conference calls may be amplified throughout the entire courtroom. During the conference call and especially while court is in session, please maintain proper telephone etiquette. Your cooperation is appreciated and will serve to expedite the hearing process.

    – Mute your telephone as applicable until your case is called
    – Do not place the phone on hold during the call as many companies utilize background music

    If you cannot mute your phone:
    – Do not conduct work such as paper shuffling or keyboard typing
    – Do not address the court until you are called upon
    – Remain silent while waiting
    – Refrain from making unnecessary noise
    – Turn off electronics that broadcast sound – television, radio
    – Follow conference coordinator instructions as provided

Cases are called in the order determined by the court. Your case will be called as soon as possible.

Dated: September 16, 2015

Juan–Carlos Guerrero
Clerk, U.S. Bankruptcy Court