UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                                        Case No. 15-31360-DHW
                                                             Chapter 13
JOANN HOLLEY,
BYRON HOLLEY,

   Debtors.

## ORDER TERMINATING STAY

Wilmington Savings Fund Society filed a motion (Doc. # 28) for relief from the automatic stay imposed by 11 U.S.C. § 362(a) to enforce a lien on the property described in the motion. The motion came on for hearing on November 2, 2015. The debtors could offer no defense. Accordingly, it is

ORDERED that the stay is TERMINATED to allow the creditor to enforce its lien on the property described in the motion. It is

FURTHER ORDERED that any allowed claim of this creditor secured by property referenced in the motion is REDUCED to the amount paid on the claim by the chapter 13 trustee without prejudice to the creditor to amend the claim to reflect the sales proceeds received on disposition of the collateral.

Done this the 2nd day of November, 2015.

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:  Debtors
    Joshua C. Milam, Attorney for Debtors
    S. Keith Eady, Attorney for Creditor
    Wilmington Savings Fund Society, Creditor
    Curtis C. Reding, Trustee