IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In the Matter of: ) | |
| ) | Case No. 15-31360 |
| JoAnn Holley and, ) | |
| Byron Holley ) | Chapter 13 |
| ) | |
| Debtors. ) | |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES NOW Debtor, by and through attorney, and hereby objects to the Trustee's Motion to Dismiss and would ask this Honorable Court to deny said motion. As grounds for such, Debtor would state as follows:

1. Debtors have resumed payments to the Trustee. Debtors made a $200.00 payment in July and will be making another payment next week.

2. Furthermore, Debtors have filed a motion to modify their plan this same day to lower their plan payment from $96.00 weekly (or $416.00 monthly) to $150.00 monthly.

WHEREFORE, the premises considered, Debtor requests this Court deny the Trustee's Motion to Dismiss.

Respectfully submitted August 11, 2016.

/s/ Joshua C. Milam
Joshua C. Milam ASB-3046-T99U
Attorney for Debtor
The Shinbaum Law Firm, P.C.
566 South Perry Street (36104)
P.O. Box 201
Montgomery, AL 36101
334-269-4440; Selma 334-872-4545

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing objection on all parties listed below by CM/ECF or by mail on August 11, 2016.

Chapter 13 Trustee, Curtis C. Reding

/s/ Joshua C. Milam
Joshua C. Milam ASB-3046-T99U