# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re

JoAnn Holley and Byron Holley

    Debtors

Case No. 15-31360
Chapter 13

## ORDER RESETTING MEETING OF CREDITORS AND HEARING ON MODIFIED PLAN

The above debtor(s) have filed with this court a modification of their Chapter 13 Plan, and

It is therefore **ORDERED** that a Meeting of Creditors be reset for

    Date: **September 20, 2016**    Time: **02:30 PM**
    Location: Frank M. Johnson, Jr. Federal Courthouse, (Lee St. entrance), Sec. 341 Meeting Room (105), Montgomery, AL 36104

It is further **ORDERED** that a hearing on the modification of the plan be and it is hereby set for

    Date: **October 24, 2016**    Time: **09:45 AM**
    Location: U.S. Bankruptcy Court, One Church Street, Courtroom 4C, Montgomery, AL 36104

It is further **ORDERED** that the debtor(s) and the attorney for the debtor(s) appear at the Meeting of Creditors and the hearing on the modification of plan at the dates, places, and times stated above.

The moving party shall serve a copy of this notice on all parties required to be served under Fed.R.Bankr.P. 2002 or other appropriate rule.

Dated: August 16, 2016

*[signature]*

Juan-Carlos Guerrero
Clerk, U.S. Bankruptcy Court

*********************************************************************

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a true and correct copy of the motion and order setting hearing to all creditors and other parties in interest by placing a copy of same in the U.S. Mail, postage prepaid.

DATED: 8/16/16    SIGNED: *[signature]*

Case 15-31360    Doc 43    Filed 08/16/16    Entered 08/16/16 08:01:55    Desc Adjourned
Case 15-31360    Doc 45    Meeting of Creditors    Filed 08/16/16    Entered 08/16/16 15:52:41    Desc Main
Document    Page 1 of 1