# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                   Case No. 15−31360
                                                              Chapter 13

JoAnn Holley and Byron Holley,

     Debtors.

## (Amended) ORDER CONFIRMING PLAN

The debtors' plan was filed on May 22, 2015. The plan or a summary of the plan was transmitted to creditors pursuant to Bankruptcy Rule 3015. The court finds that the plan meets the requirements of 11 U.S.C. § 1325.

It is **ORDERED** that the debtors chapter 13 plan, as amended, if applicable, is **confirmed**.

Dated October 27, 2016

*Dwight A. Williams, Jr.*

Dwight H. Williams Jr.
United States Bankruptcy Judge